GEOFFREY A. HANSEN
Acting Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DAVID FULGHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12 00124 CW[KAW](NJV) |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXONERATING BOND AND** |
| vs. ) | **RELEASING DEFENDANT** |
| ) | |
| DAVID FULGHAM, ) | |
| ) | |
| Defendant. ) | |

After the government indicated its intention to dismiss its appeal of a district court order suppressing evidence in this case, defendant David Fulgham was released from custody on an unsecured bond on the condition that he reside at the GeoCare halfway house facility in San Francisco. The matter presently is set for a status conference on August 23, 2012, regarding the conditions of his release.

The government has moved to dismiss its appeal and intends to dismiss this case once it is returned to the district court by the Ninth Circuit. For these reasons, IT IS STIPULATED AND AGREED that the unsecured bond is EXONERATED, that the status conference presently set for August 23, 2012 is VACATED, and that David Fulgham be RELEASED from the

STIP/ORD RE BOND AND RELEASE          1

halfway house forthwith.

Dated: August 16, 2012

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: August 16, 2012

/s/
_____
WAQAR HASIB
Assistant United States Attorney

Pursuant to the parties' stipulation and good cause appearing therefor,

IT IS ORDERED that the unsecured bond in this matter is EXONERATED, that the status conference presently set for August 23, 2012 is VACATED, and that David Fulgham be RELEASED from the halfway house forthwith.

Dated: August 17, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge
**Maria Elena James**
**United States Chief Magistrate Judge**

STIP/ORD RE BOND AND RELEASE                    2